UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 6

---

Bey
-v-
Byrnes, et al

---

U.S.C.A. # _____

U.S.D.C. # 08-cv-0350

JUDGE: KMW

DATE: FEBRUARY 26, 2008

# INDEX TO THE RECORD ON APPEAL

U.S. DISTRICT COURT FILED FEB 26 2008 S.D. OF N.Y.

**PREPARED BY (NAME):** THOMAS R. PISARCZYK
**FIRM:** U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
**ADDRESS:** 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
**PHONE NO.:** (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ------------------------------

| DOCUMENT DESCRIPTION | DOC. # |
|---|---|
| CLERK'S CERTIFICATE | |
| SEE ATTACHED LIST OF NUMBERED DOCUMENTS | |

(**XXX**) Original Record          (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the **26th** Day of **February**, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------  U.S.C.A. # _____

Bey
-v-
Byrnes, et al
---------------------------------------------------

U.S.D.C. # 08-cv-0350

JUDGE: KMW

DATE: FEBRUARY 26, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                Document Description

_____               _____
_____               _____
_____               _____
_____               _____
_____               _____
_____               _____
_____               _____
_____               _____
_____               _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 26th Day of February In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
        Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00350-KMW
### Internal Use Only

Bey v. Byrnes et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 01/15/2008
Date Terminated: 01/15/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Messiah Ali Bey.(mbe) (Entered: 01/18/2008) |
| 01/15/2008 | 2 | COMPLAINT against Sharun Goodwin, Maradoff, Brian Walsh, Kaufmann, Byrnes, Lawson, Two Unidentified arresting office, Two Unidentified City Investigating Officers, Ameena Kareem, Robert T. Johnson, Taylor, Probation Dept.. Document filed by Messiah Ali Bey.(mbe) (Entered: 01/18/2008) |
| 01/15/2008 | | Magistrate Judge Ronald L. Ellis is so designated. (mbe) (Entered: 01/18/2008) |
| 01/15/2008 | 3 | ORDER OF DISMISSAL: I grant plaintiff's request to proceed in forma pauperis but dismiss the complaint for the following reasons. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). Since I hold that the portions of the complaint which were treated as a petition for habeas corpus relief makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not be issued. The court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 1/15/2008) (mbe) (Entered: 01/18/2008) |
| 01/15/2008 | 4 | Pursuant to the order issued Jan. 15 2008 by the Honorable Kimba M. Wood, Chief Judge, dismissing the complaint, it is, Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 1/15/2008) (mbe) (Entered: 01/18/2008) |
| 02/14/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Messiah Ali Bey. (tp) (Entered: 02/25/2008) |
| 02/14/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Messiah Ali Bey. $455.00 APPEAL FEE DUE. IFP REVOKED 1/15/08. (tp) (Entered: 02/25/2008) |
| 02/25/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 02/25/2008) |
| 02/25/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 02/25/2008) |