

S.D.N.Y. - N.Y.C.
08-cv-350
Wood, C.J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

---

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 22nd day of May, two thousand eight,

Present:

          Hon. José A. Cabranes,
          Hon. Robert A. Katzmann,
          Hon. Barrington D. Parker,
             *Circuit Judges.*



---

Messiah Ali Bey,

          *Plaintiff-Appellant,*

      v.                                08-0940-cv

Byrnes, Judge, *et al.,*

          *Defendants-Appellees.*

---

      Appellant, *pro se,* moves to proceed *in forma pauperis.* Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e); *see also Heck v. Humphrey*, 512 U.S. 477 (1993). Insofar as the district court construed Bey's complaint as a petition under 28 U.S.C. § 2254, this Court notes that the complaint does not constitute a § 2254 petition for the purposes of the statute's "second or successive" restrictions. *See Adams v. United States*, 155 F.3d 581, 584 (2d Cir. 1998); *see also Slack v. McDaniel*, 529 U.S. 473, 485-86 (2000).

                    FOR THE COURT:
                    Catherine O'Hagan Wolfe, Clerk

                    By:

SAO-PR

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by_____ DEPUTY CLERK

ISSUED AS MANDATE: 06/20/08